CLOSED, FEEPRO

# U.S. District Court
## District of Maryland (Greenbelt)
## CIVIL DOCKET FOR CASE #: 8:06-cv-00012-AW
## Internal Use Only

Mitchell v. James  
Assigned to: Judge Alexander Williams, Jr  
Cause: 42:2000 Job Discrimination (Age)

Date Filed: 01/04/2006  
Jury Demand: None  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

John T. Mitchell        represented by   John T. Mitchell  
9875 Hope Acres Road  
White Plains, MD 20695  
3019321422  
PRO SE

V.

**Defendant**

Bruce R. James        represented by   Jennifer Ann Wright  
*Public Printer, U.S.Goverment Printing Office*        Office of the United States Attorney  
36 S Charles St Fourth Fl  
Baltimore, MD 21201  
14102094948  
Fax: 14109629947  
Email: jennifer.wright@usdoj.gov

*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/04/2006 | 1 | COMPLAINT against Bruce R. James ( Filing fee $ 250 receipt number 84637003922.), filed by John T. Mitchell. attachments and Exhibits 1 thru 16 (c/s) (Exhibits FILED |

| | | |
|---|---|---|
| | | SEPARATELY) (rank, Deputy Clerk) (Entered: 01/04/2006) |
| 01/04/2006 | | ***Set/Clear Flags (rank, Deputy Clerk) (Entered: 01/04/2006) |
| 01/20/2006 | | ***Set/Clear Flags (elt, Deputy Clerk) (Entered: 01/20/2006) |
| 01/23/2006 | 2 | ORDER "DIRECTING" the Clerk shall take all necessary steps to prepare and issue summons and return service copies of the summs and the complaint to plaintiff. Signed by Judge Alexander Williams Jr. on 1/17/06. (c/m 1/25/05 rk) (rank, Deputy Clerk) (Entered: 01/25/2006) |
| 01/25/2006 | | ***Set/Clear Flags (rank, Deputy Clerk) (Entered: 01/25/2006) |
| 01/25/2006 | 3 | Summons Issued 60 days as to Bruce R. James, U.S. Attorney and U.S. Attorney General (rank, Deputy Clerk) (Entered: 01/25/2006) |
| 01/25/2006 | | ***Staff notes Spoke to plaintiff.. He will supply the Court with Correct amount of copies for service.. (rank, Deputy Clerk) (rank, Deputy Clerk) (Entered: 01/25/2006) |
| 02/09/2006 | 4 | SUMMONS Returned Executed by John T. Mitchell. Bruce R. James, Rod Rosenstein and Albert gonzales, served on 2/1/2006, answer due 4/3/2006. (rank, Deputy Clerk) (Entered: 02/09/2006) |
| 03/24/2006 | 5 | MOTION for Extension of Time by Bruce R. James. Responses due by 4/10/2006 (Attachments: # 1 Certificate of Service)(Wright, Jennifer) (Entered: 03/24/2006) |
| 03/31/2006 | | ***Set/Clear Flags (elt, Deputy Clerk) (Entered: 03/31/2006) |
| 03/31/2006 | 6 | ORDER granting 5 Motion for Extension of Time. Signed by Judge Alexander Williams Jr. on 3/30/2006. (c/m 3/31/06) (elt, Deputy Clerk) (Entered: 03/31/2006) |
| 04/11/2006 | 7 | MOTION to Transfer Case *or Dismiss* by Bruce R. James. Responses due by 4/28/2006 (Attachments: # 1 Memorandum in Support of Motion# 2 Exhibit 1# 3 Certificate of Service)(Wright, Jennifer) (Entered: 04/11/2006) |
| 04/11/2006 | 8 | Correspondence re: Rule 12/56 letter mailed to plaintiff. (c/m 4/11/06) (elt, Deputy Clerk) (Entered: 04/11/2006) |
| 04/14/2006 | 9 | Correcting Earlier Submission (Wright, Jennifer) (Entered: |

| | | 04/14/2006) |
|---|---|---|
| 04/14/2006 | 10 | CERTIFICATE OF SERVICE by Bruce R. James re 7 MOTION to Transfer Case *or Dismiss*, 9 Correcting earlier submission (Wright, Jennifer) (Entered: 04/14/2006) |
| 04/18/2006 | 11 | RESPONSE in Opposition re 7 MOTION to Transfer Case or Dismiss filed by John T. Mitchell. Replies due by 5/2/2006. (rank, Deputy Clerk) (Entered: 04/18/2006) |
| 04/19/2006 | 12 | ORDER granting 7 Motion to Transfer Case ; "TRANSFERRING" case to the United States District Court for the District of Columbia; and "DIRECTING" the Clerk to CLOSE this case. Signed by Judge Alexander Williams Jr. on 4/18/06. (c/m 4/20/06 rk) (rank, Deputy Clerk) (Entered: 04/20/2006) |
| 04/19/2006 | | ***Civil Case Terminated. (rank, Deputy Clerk) (Entered: 04/20/2006) |
| 04/20/2006 | 13 | Correspondence to the Clerk, USDC for the District of Columbia re: Transferring Case. (rank, Deputy Clerk) (Entered: 04/20/2006) |

I hereby attest and certify on April 20, 2006 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy

# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                        Reply to Southern Division Address

April 20, 2006

Nancy Mayer-Whittington, Clerk
U.S.D.C. for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

    Re:    John Mitchell vs. Bruce R. James
              Civil Action No.: AW-06-12

Dear Clerk:

[ x ]    On January 20, 2006, an Order was filed transferring the above-captioned case to your Court. Enclosed is a certified copy of the Order and docket entries. Also enclosed are all the original papers filings 1 thru 4.

[ ]    Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

    Thank you for your cooperation and courtesy in this matter.

                                                        Sincerely,

                                                         Felicia C. Cannon, Clerk

                                    By:  _____
                                               Renee Kelly
                                               Deputy Clerk

Enclosure

Received by: _____
Date: _____
New Case No.: _____

                                                                              Letter transferring case (Rev. 02/26/2002)

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov