IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

John T. Mitchell

9875 Hope Acres Rd.

White Plains, MD  20695

301-932-1422

(Full name and address of the plaintiff)

JAN - 4 2006

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
          DEPUTY

AW 06 CV 0012

v.

Civil Action No. _____
(Leave blank. To be filled in by Court.)

Bruce R. James

Public Printer

U.S. Government Printing Office

Washington, D.C.

(Full name and address of the defendant(s))

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff is a resident of  White Plains, Maryland  .
   (Fill in county or city and state of residence)
2. Defendant(s) reside(s) or does business at the following location:  Washington, D.C.

3. This action is brought pursuant to (check all spaces that apply):

   ☐ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

   ☒ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My date of birth is:
       November 28, 1946                .

Rev. 6/2000

Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.

4. I am complaining about (check all that apply):

   Failure to hire me. I was refused a job on the following date: _____

   _____

   Termination of my employment. I was terminated from my employment on the

   following date: _____.

   [X] Failure to promote me. I was refused a promotion on the following date:

   February 2004 _____.

   Other (explain what happened): _____

   _____

   _____

5. The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

   race    color    religion    sex  [X] age    national origin    disability

6. The facts of my claim are: The EEOC Law Judge did not read the material at hand. Also, under Issue they claimed my age is 44, but my real age at that time was 58.    The main issue of why the Law Judge threw out my complaint was what was on my 7-B card. I asked GPO and others how can this be since the charges on my 7-B card are falsely accused. First, I was charged with unauthorized entrance! How

Rev. 6/2000                                 2

can this be since the receptionist went into the office to talk to Ms. Kaptur and then Ms. Kaptur came out and brought me back to her desk. (?)  Next, they said I

was loud and abusive. There is no mention of this in any way on the written report except Ginger Thompson put in paperwork <u>nine months after the fact</u> because of a <u>grievance</u> I put in. Also, the lawyer for GPO who was handling the case also accused me of cursing in a written response to the Judge. There was no report done at the time of the incident concerning this allegation. Next, there is age discrimination in the GPO Electric Shop since no one under the age of 50 has ever been promoted in the shop. Also, they did not take Smith v. City of Jackson No. 03-1160 into consideration.

7. The approximate number of people employed by Defendant is: _____.

8. The events I am complaining about took place on the following dates or time period:

   February 2004

9. I filed charges on the following date: __March 2004__, with:

   [X]  Equal Employment Opportunity Commission (EEOC)    EEOC No. 100-2005-00669X
                                                          Agency No. 04-19

        Maryland Human Relations Commission

        Other (give name of agency and location): _____

10. I received a right to sue letter (attach copy) on the following date: _____

WHEREFORE, Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

   Injunctive relief (specify what you want the Court to order): _____

Rev. 6/2000                                    3

[X]  Back pay.

Reinstatement to my former position.

[X]  Monetary damages in the amount of: __2 million dollars__.

Costs and attorneys fees.

Other (specify): _____

_January 3, 2006_
(Date)

_John T. Mitchell_
(Signature)

John T. Mitchell

9875 Hope Acres Rd.

White Plains, MD  20695

301-932-1422

(Printed name, address and phone number of Plaintiff)

Rev. 6/2000                                   4