IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ____ ENTERED
____ LODGED ____ RECEIVED

JAN 2 3 2006

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

JOHN T. MITCHELL :
  Plaintiff
:
v. : CIVIL ACTION NO. AW-06-0012
: (ECF EXEMPT)
BRUCE R. JAMES, Public Printer
U.S. Government Printing Office :
  Defendant

..oOo..

### ORDER

On January 4, 2006, Plaintiff pro se John T. Mitchell, an employee of the United States Government Printing Office, filed the above-captioned age discrimination complaint against Bruce R. James, Public Printer, United States Government Printing Office. Plaintiff has submitted the $250.00 civil filing fee, and bears responsibility for effecting service of process on Defendant. Pursuant to Fed. R. Civ. P. 4, Plaintiff may effectuate service by presenting Summons to the Clerk for signature and seal and then serving a copy of the Summons and Complaint on Defendant.[1] Service of the Summons and the Complaint may be effected by any person who is not a party and who is at least 18 years of age.

Plaintiff is reminded that under Fed. R. Civ. P. 4(l), the person effecting service of the Summons and Complaint must promptly notify this court, through an affidavit, that he or she has served Defendant. If Plaintiff does not use a private process service, and instead uses certified mail,

---

[1] Plaintiff filed Summons and service copies of the Complaint. Therefore, the Clerk shall take all necessary steps to prepare and issue Summons and to return service copies of the Summons and Complaint to Plaintiff.



return receipt requested, to make service, he must file with the court the United States Post Office acknowledgment as proof of service. Registered or certified mail must be sent "restricted delivery."

Plaintiff is also reminded that because he is suing a federal agency, in addition to serving Public Printer Bruce R. James, he must also serve United States Attorney General Alberto Gonzales, Department of Justice, 10th & Constitution Avenue, N.W., Washington, D.C. 20530, and United States Attorney for the District of Maryland, Rod Rosenstein, 36 South Charles Street, Baltimore, Maryland 21201.

Plaintiff is cautioned that failure to comply with this Order and effect service of process within 120 days of initiating this lawsuit shall result in the dismissal of this complaint without further notice from the Court.

Accordingly, IT IS this 17th day of January, 2006, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk SHALL TAKE ALL NECESSARY STEPS to prepare and issue Summons and to return service copies of the Summons and the Complaint to Plaintiff; and

2. The Clerk SHALL MAIL a copy of this Order to Plaintiff.

_Alexander Williams, Jr._
Alexander Williams, Jr.
United States District Judge