AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

JOHN T. MITCHELL
9875 HOPE ACRES RD
WHITE PLAINS MD 20695

V.

BRUCE R JAMES
PUBLIC PRINTER
U.S. GOVERNMENT PRINTING OFFICE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: AW 06 CV 0012

TO: (Name and address of Defendant)

BRUCE R. JAMES
PUBLIC PRINTER
U.S. GOVERNMENT PRINTING OFFICE
NORTH CAPITOL & H ST
WASHINGTON D.C. 20401

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

DATE: JAN 2 5 2006

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JOHN T. MITCHELL
9875 HOPE ACRES RD
WHITE PLAINS MD 20695
V.
BRUCE R. JAMES
PUBLIC PRINTER
U.S. GOVERNMENT PRINTING OFFICE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: AW 06 CV 0012

TO: (Name and address of Defendant)

ROD J ROSENSTEIN
UNITED STATES ATTORNEY
36 S CHARLES STREET
4TH FLOOR
BALTIMORE, MARYLAND 21201 2692

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

DATE: JAN 25 2006

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

JOHN T. MITCHELL
9875 HOPE ACRES RD
WHITE PLAINS MD 20695

V.

BRUCE R JAMES
PUBLIC PRINTER
U.S. GOVERNMENT PRINTING OFFICE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: AW 06 CV 0012

TO: (Name and address of Defendant)

ALBERTO GONZALES
ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
10TH & CONSTITUTION AVE NW
WASHINGTON, DC. 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

JAN 2 5 2006
DATE