AW-06-0012

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# RETURN OF SERVICE

| | | FILED ___ ENTERED ___ |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2-1-06 | LODGED ___ ___ |
| NAME OF SERVER (PRINT) Carolyn Mitchell | TITLE | FEB 8 2006 AT GREENBELT CLERK U.S. DISTRICT COURT DISTRICT OF MARYLAND BY ___ DEPUTY |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Bruce James, Public Printer, Government Printing Office, 732 North Capitol St, NW, Washington, DC 20401
CIVIL ACTION NO. AW-06-0012

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-1-06         Carolyn Mitchell
                Date             Signature of Server

9875 Hope Acres Rd., White Plains, MD 20695
Address of Server

Carolyn M. Schoonover, Notary Public
Charles County
State of Maryland
My Commission Expires Sept. 1, 2006

Carolyn M. Schoonover

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# CERTIFICATION OF RECEIPT

I CERTIFY that the following document:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
CIVIL ACTION NO. AW-06-0012
John T. Mitchell, Plaintiff v. Bruce R. James, Public Printer, Defendant

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2006 FEB -7  P 2: 25

CLERK'S OFFICE
AT GREENBELT

WAS hand-delivered to:

Bruce R. James, Public Printer
Government Printing Office
732 North Capitol Street, NW
Washington, D.C. 20401

ON the 1st Day of February, 2006.

_____
Signature

2-1-06
_____
Date

Seal _____

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2-1-06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Carolyn Mitchell | |

FILED _____ ENTERED _____
LODGED _____ RECEIVED
FEB - 9 2006
AT _____
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Rod Rosenstein, U.S. Attorney for the District of Md. 36 South Charles St. Baltimore, MD 21201 CIVIL ACTION NO. AW-06-0012

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-1-06  _Carolyn Mitchell_
             Date        Signature of Server

9875 Hope Acres Rd., White Plains, MD 20695
Address of Server

Carolyn M. Schoonover, Notary Public
Charles County
State of Maryland
My Commission Expires Sept. 1, 2006

_Carolyn M. Schoonover_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATION OF RECEIPT

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2006 FEB -7 P 2: 25

CLERK'S OFFICE
AT GREENBELT

BY_____ DEPUTY

I CERTIFY that the following document:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
CIVIL ACTION NO. AW -06-0012
John T. Mitchell, Plaintiff v. Bruce R. James, Public Printer, Defendant

WAS hand-delivered to:

Rod Rosenstein
United States Attorney
   For the District of Maryland
36 South Charles Street
Baltimore, MD 21201

ON the 1st Day of February, 2006.

_____Anita Kizzie, Receptionist_____
Signature

_____02-01-2006_____
Date

Seal _____

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 2-1-06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Carolyn Mitchell | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Alberto Gonzales, U.S. Attorney General, Dept. of Justice, 10th & Constitution, NW, Washington, DC 20530
CIVIL ACTION NO. AW-06-0012

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-1-06              *Carolyn Mitchell*
                Date                  Signature of Server

9875 Hope Acres Rd, White Plains, MD 20695
Address of Server

Carolyn M. Schoonover, Notary Public
Charles County
State of Maryland
My Commission Expires Sept. 1, 2006

*Carolyn M. Schoonover*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATION OF RECEIPT

I CERTIFY that the following document:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
CIVIL ACTION NO. AW-06-0012
John T. Mitchell, Plaintiff v. Bruce R. James, Public Printer, Defendant

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2006 FEB -7 P 2: 25

CLERK'S OFFICE
AT GREENBELT

BY_____ DEPUTY

WAS hand-delivered to:

Alberto Gonzales
United States Attorney General
Department of Justice
10th & Constitution, NW
Washington, D. C. 20530

ON the 1st Day of February, 2006.

_____
Signature

2-1-06
_____
Date

Seal _____