IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN MITCHELL, <br><br> Plaintiff, <br><br> v. <br><br> BRUCE R. JAMES, Public Printer, <br> U.S. Government Printing Office <br><br> Defendant. | Civil No. AW-06-0012 |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, by and through counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Jennifer A. Wright, Assistant United States Attorney for said District, respectfully move for an 8-day enlargement of time to answer, move, or otherwise respond to Plaintiff's Complaint and for cause states:

1. On or about February 1, 2006, the United States Attorney's Office received a copy of the Complaint in this action.

2. On or about February 3, 2006, the undersigned sent a copy of the Complaint to the United States Printing Office.

3. The Undersigned will be out of the office March 24, 2006 through April 2, 2006, and will be at the National Advocacy Center in South Carolina and unable to respond to the Complaint on April 3, 2006

4. The Defendant's response to Plaintiff's complaint is currently due on or about April 3, 2006

5. The Undersigned needs additional time in which to respond to Plaintiff's Complaint, thus, the Undersigned request an extension of time to respond to Plaintiff's complaint until April 11, 1006.

6. The Undersigned counsel has not contacted the Plaintiff who is acting *pro se*; however, the Undersigned does not believe that the Plaintiff will be prejudiced by this short extension of time.

WHEREFORE, Defendants pray for an Order extending the time through and including April 11, 2006, for Defendant to answer, move or otherwise respond to Plaintiff's Complaint.

                    Respectfully submitted,

                    Rod J. Rosenstein
                    United States Attorney

March 23, 2006                  By: _____/s/_____
                                           Jennifer A. Wright
                                           Assistant United States Attorney
                                           Federal Bar No. 26465
                                           36 South Charles Street, Fourth Floor
                                           Baltimore, Maryland 21201
                                           410-209-4948 (phone)
                                           410-962-9947 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN MITCHELL, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. AW-06-0012 |
| BRUCE R. JAMES, Public Printer, U.S. Government Printing Office | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I certify that on March 24, 2006, I caused a copy of Defendant's Motion for Extension of time to be mailed first class, postage prepaid to:

John T. Mitchell
9875 Hope Acres Road
White Plains, Maryland 20695

March 24, 2006                    /s/
                                  Jennifer A. Wright
                                  Assistant United States Attorney