IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

JOHN T. MITCHELL,

    Plaintiff,

v.                                  Civil Action No. AW-06-12

BRUCE R. JAMES,

    Defendant.

*****

## ORDER

Currently pending before the Court is Defendant's Motion for Extension of Time to Answer the Complaint [5]. The Answer to Plaintiff's Complaint is currently due on April 3, 2006, and Defendant has asked for an 8 day enlargement. Finding this request reasonable, the Court will give Defendant until April 11, 2006 to respond to the Complaint. Therefore, IT IS this 30th day of March, 2006, in the United States District Court for the District of Maryland **ORDERED**:

    That Defendant's Motion for Extension of Time to Answer the Complaint [5] BE, and hereby IS, **GRANTED**;

2.     That Defendant have until April 11, 2006 to answer Plaintiff's Complaint; AND

3.     That the Clerk of the Court transmit a copy of this Order to all counsel and parties of record.

*Alexander Williams, Jr.*
*United States District Court*

1