IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. AW-06-0012 |
| ) | |
| BRUCE R. JAMES, Public Printer, ) | |
| U.S. Government Printing Office ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DISMISS[1] OR TO TRANSFER

Defendant, Bruce R. James, Public Printer, United States Government Printing Office, by Rod J. Rosenstein, United States Attorney for the District of Maryland, and Jennifer A. Wright, Assistant United States Attorney for said District, hereby moves, pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a), to dismiss or transfer plaintiff's Complaint. In support thereof, Defendant states:

Plaintiff cannot meet his burden to show that venue is proper in Maryland under Title VII's special venue statute, 42 U.S.C. 2000e-5(f)(3), because: (a) all of the allegedly unlawful employment practices to which plaintiff's Complaint relates took place in Washington, DC; (b) the records of the personnel decision that plaintiff alleges were discriminatory are maintained in Washington, DC; (c) any of plaintiff's relevant employment records are maintained and administered in Washington; (d) plaintiff does not allege he was denied employment in Maryland because of the allegedly unlawful

---

[1] Defendant reserves the right to raise additional defenses to this Complaint once the Complaint is transferred to the appropriate venue.

employment practices; and (e) the United States Government Printing Office's principal office is located in Washington, DC.

Additional grounds supporting this Motion are set forth in the accompanying memorandum of law, which is incorporated herein.

WHEREFORE, Defendant respectfully requests that this Court dismiss the action pursuant to 28 U.S.C. § 1406(a).

>Respectfully submitted,
>
>Rod J. Rosenstein
>United States Attorney
>
>
>_____/s/_____
>Jennifer A. Wright
>Assistant United States Attorney
>Federal Bar No. 26465
>36 South Charles Street, 4th Floor
>Baltimore, MD 21201-2692
>(410) 209-4948 (phone)
>(410) 962-9947