IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN MITCHELL, ) | |
| Plaintiff, ) | |
| v. ) | Civil No. AW-06-0012 |
| BRUCE R. JAMES, Public Printer, ) U.S. Government Printing Office ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I certify that on April 14, 2006, I caused a copy of Defendant's Correction of Earlier Submission Motion to Dismiss or To Transfer to be mailed first class, postage prepaid to:

John T. Mitchell
9875 Hope Acres Road
White Plains, Maryland 20695


April 14, 2006                                  /s/
                                                Jennifer A. Wright
                                                Assistant United States Attorney