IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 18 2006

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEP..

JOHN T. MITCHELL,

Plaintiff,

v.

BRUCE R. JAMES, Public Printer,
U.S. Government Printing Office,

Defendant.

Civil No. AW-06-0012

## OPPOSITION TO MOTION TO DISMISS OR TO TRANSFER

The Plaintiff, John T. Mitchell, hereby opposes the Motion to Dismiss or to Transfer Civil No. AW-06-0012 filed on April 11, 2006.

The Plaintiff admits after seeing 42 U.S.C. 2000e that the District Court of Maryland is not the proper venue. All of the records, the Headquarters and the unlawful employment practices were committed in Washington, D.C. As a citizen of Maryland and not an attorney, I believed that I could file a complaint in the District Court where I reside.

In the interest of justice, I request that the Complaint not be dismissed, but transferred to the District Court of proper jurisdiction. The Government Printing Office has a long continuing history of unlawful employment practices. I have more than substantial evidence to prove unlawful employment practices in this Complaint. I was harmed by these practices and justice will only be served if this Complaint is allowed to proceed.

Respectfully submitted,

*John T. Mitchell* (signature)

John T. Mitchell

## CERTIFICATON OF SERVICE

**I HEREBY CERTIFY** that on April 17, 2006, a true copy of the foregoing Opposition to Motion to Dismiss or To Transfer was mailed via first class to:

Felicia C. Cannon, Clerk
United States District Court
Office of the Clerk
District of Maryland
240 U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland  20770

Rod J. Rosenstein
United States Attorney
c/o Jennifer A. Wright
Assistant United States Attorney
Federal Bar No. 26465
36 South Charles Street, 4th Floor
Baltimore, Maryland  21201-2692

Jennifer R. Seifert
Assistant General Counsel
U.S. Government Printing Office
732 North Capitol Street, NW
Room C814, Stop:  GC
Washington, D. C.  20401

John T. Mitchell