UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
JOHN T. MITCHELL,              )
9875 Hope Acres Road           )
White Plains, MD 20695         )
                               )
        Pro Se Plaintiff,      )
                               )
     v.                        )
                               ) Civil Action No. 06-00791(JDB)
                               )
BRUCE R. JAMES,                )
Public Printer                 )
U.S. Printing Office           )
MARSHALS SERVICE,              )
                               )
                               )
        Defendant.             )
_____ )
```

## PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the defendant in this action.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    United States Attorney
    D.C. Bar #451058

    _____
    KAREN L. MELNIK D.C. BAR #436452
    Assistant United States Attorney
    U.S. Attorney's Office for the District of Columbia
    Civil Division
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    (202) 307-0338 (O)

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that service of the foregoing Defendant's Praecipe has been made via Electronic Case Filing and/or mail to plaintiff, Mr. John T. Mitchell, 9875 Hope Acres Road, White Plains, MD. 20695, on May 23, 2006.

 

_____  
KAREN L. MELNIK D.C. BAR #436452  
Assistant United States Attorney  
U.S. Attorney's Office for the  
District of Columbia  
Civil Division  
555 Fourth Street, N.W. #4112  
Washington, D.C. 20530  
(202) 307-0338(O)  
(202) 514-8780 (Fax)