UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN T. MITCHELL,<br><br>    Plaintiff,<br><br>        v.<br><br>BRUCE R. JAMES, Public Printer<br>U.S. Government Printing Office,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 06cv0791 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

**ANSWER TO COMPLAINT**

Defendant, Bruce R. James, Public Printer, United States Government Printing Office, by and through his attorney, the United States Attorney for the District of Columbia, herein answers plaintiff's complaint as follows:

**First Defense**

Plaintiff fails to state a claim upon which relief can be granted.

**Second Defense**

Defendant's actions with respect to the claims in this case were in full compliance with law and regulations.

**Third Defense**

This Court lacks jurisdiction to hear plaintiff's claim regarding the propriety of his January 5, 2004, verbal warning.

The following paragraphs respond to the numbered paragraphs of the complaint. To the extent that an allegation is not admitted, it is denied.

1. Admit.

2. Admit.

3. This paragraph is plaintiff's statement of jurisdiction and, as such, needs no response. To the extent that an answer is deemed necessary, this paragraph is denied.

4. This paragraph is plaintiff's characterization of his lawsuit and, as such, needs no response. To the extent that an answer is deemed necessary, this paragraph is denied.

5. This paragraph is plaintiff's characterization of his lawsuit and, as such, needs no response. To the extent that an answer is deemed necessary, this paragraph is denied.

6. This paragraph is plaintiff's characterization of his lawsuit and, as such, needs no response. To the extent that an answer is deemed necessary, this paragraph is denied.

7. Plaintiff has not made an allegation that requires defendant to admit or deny. To the extent that an answer is deemed necessary, this paragraph is denied.

8. This paragraph is plaintiff's characterization of his lawsuit and, as such, needs no response. To the extent that an answer is deemed necessary, this paragraph is denied.

9. Deny.

10. Plaintiff has not made an allegation that requires defendant to admit or deny. To the extent that an answer is deemed necessary, this paragraph is denied.

**Prayer For Relief**

Plaintiff's prayer for relief requires no response. To the extent that a response is deemed necessary, defendant specifically denies that plaintiff is entitled to the relief requested or to any relief whatsoever.

WHEREFORE, having fully answered, defendant respectfully requests that this Court deny plaintiff all relief requested, dismiss this action with prejudice, grant defendant his attorney's fees and costs, and award defendant all such other and further relief as may be appropriate.

Respectfully Submitted,

/s/
KENNETH L. WAINSTEIN, DC BAR # 451058
United States Attorney


/s/
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney


KAREN L. MELNIK, DC BAR #436452
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0338

OF COUNSEL

JENNIFER R. SEIFERT
Assistant General Counsel
U.S. Government Printing Office