## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN MITCHELL,

Plaintiff,

v.

BRUCE R. JAMES, PUBLIC PRINTER,

U.S. GOV'T PRINTING OFFICE

Defendant.

**FILED**

MAY 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. 06-0791 (JDB)

## ORDER FOR INITIAL SCHEDULING CONFERENCE

It is hereby **ORDERED** that the initial scheduling conference in this matter is set for June 29, 2006 at 9:00 a.m. Counsel who attend the scheduling conference must be sufficiently familiar with the case to answer any questions that arise. Parties are welcome to attend.

Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Rule 26(f) of the Federal Rules of Civil Procedure, and shall submit their Joint Rule 16.3 Report addressing the topics listed in Local Civil Rule 16.3(c) no later than fourteen days following their conference, see L. Civ. R.16.3(d), and in no event less than three business days before the initial scheduling conference. Counsel also may include in their Joint Rule 16.3 Report a brief statement of the case and any statutory basis for causes of action and defenses.

Written communication with the Court is to be by motion, opposition, and reply, rather

-1-

than letter. See L. Civ. R. 5.1(b). The parties are directed to the requirements of Local Civil

Rule 7.1(c) regarding the submission of proposed orders with all motions and oppositions and to

the requirements of Local Civil Rule 7.1(m) regarding the duty to confer on all nondispositive

motions (including those for enlargements of time).

**SO ORDERED.**

/s/    John D. Bates
JOHN D. BATES
United States District Judge

Dated:   May 24, 2006


*Copies to:*


JOHN T. MITCHELL
9875 Hope Acres Road
White Plains, MD 20695
US
(301) 932-1422
    *Plaintiff pro se*

Karen L. Melnik
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room E4112
Washington, DC 20530
(202) 307-0338
Email: karen.melnik@usdoj.gov
    *Counsel for defendant*