## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN T. MITCHELL, )<br><br>Plaintiff, )<br><br>v. )<br><br>BRUCE R. JAMES, Public Printer, U.S.<br>Gov't, )<br><br>Defendants. ) | Civil Action No. 06-791 (JDB) |

### SCHEDULING and MEDIATION REFERRAL ORDER

Pursuant to the Initial Scheduling Conference with the Court on June 29, 2006, the representations of government counsel as to the parties' subsequent oral agreement regarding mediation, and the entire record herein, it is hereby **ORDERED** as follows:

1.     This case is **REFERRED** to **MEDIATION** for a period of sixty (60) days, to commence on July 5, 2006 and to conclude on September 5, 2006. In accordance with Local Civ. R. 84.8, counsel and the parties, including persons with settlement authority, are directed to attend the mediation sessions. The Clerk of the Court shall furnish a copy of this Order to the Circuit Executive's Office for purposes of arranging mediation and assigning a mediator. The parties shall promptly notify the Court if the case settles in whole or in part.

2.     All discovery shall be completed by not later than December 20, 2006.

1

3.    Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) are not required.

4.    The parties shall exchange expert witness reports and information in conformity

with Federal Rule of Civil Procedure 26(a)(2).  Plaintiff's disclosures are due by

not later than October 20, 2006, and defendants' are due by not later than

November 20, 2006.  All expert depositions must be completed before the close of

discovery, by not later than December 20, 2006.

5.    Dispositive motions are due by not later than January 22, 2007, with oppositions

due by not later than February 2, 2007, and replies due by not later than February

9, 2007.

6.    The parties shall appear for a status conference on December 18, 2006 at 9:15

a.m.  The Status Conference previously set for November 29, 2006 is hereby

**TERMINATED**.

7.    As to all other discovery issues not addressed in this Scheduling Order, the parties

must comply with the limitations and requirements of the Federal Rules of Civil

Procedure and the Local Civil Rules of this Court.

/s/    John D. Bates
John D. Bates
United States District Judge

Dated:    June 29, 2006

2

*Copies to*:

JOHN T. MITCHELL
9875 Hope Acres Road
White Plains, MD 20695
US
(301) 932-1422

  *Plaintiff pro se*

Karen L. Melnik
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room E4112
Washington, DC 20530
(202) 307-0338
Email: karen.melnik@usdoj.gov
  *Counsel for defendant*