**FILED**

**JUL 17 2006**

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                                          )
·JOHN T. MITCHELL,                        )
                                          )
            Plaintiff,                    )
                                          )        Civil Action No. 06-791 (JDB)
      v.                                  )
                                          )
BRUCE R. JAMES, Public Printer, U.S.      )
Gov't,                                    )
                                          )
            Defendants.                   )
                                          )
```

## ORDER OF APPOINTMENT OF COUNSEL FOR THE LIMITED PURPOSE OF MEDIATION AND DELAYED REFERRAL TO MEDIATION, AND REVISED SCHEDULING ORDER

The Court has determined that counsel should be appointed from the Court's Civil Pro

Bono Panel for the limited purpose of assisting in the resolution of this case through mediation.

Accordingly, it is this fourteenth day of July, 2006, hereby

**ORDERED** that the Clerk appoint counsel for the plaintiff from the Civil Pro Bono

Panel for the purpose of mediation in the above-captioned matter; it is further

**ORDERED** that the appointment shall be subject to the provisions of the "Guidelines for

Court-Appointed Mediation Counsel," which is attached to and is hereby incorporated by

reference in this Order; it is further

**ORDERED** that mediation shall commence once counsel has entered an appearance on

behalf of plaintiff. The process shall be completed 45 days thereafter; and it is further

1

**ORDERED** that the Clerk of the Court shall promptly furnish a copy of this order to the Circuit Executive who shall designate a mediator. Counsel and the parties, including persons with settlement authority, shall attend each mediation session.

In light of the foregoing, it is hereby **ORDERED** that the Scheduling Order of June 29, 2006 is **AMENDED** as follows:

1. All discovery shall be completed by not later than December 5, 2006;

2. Plaintiff's disclosures under Fed. R. Civ. P. 26(a)(2) are due by not later than October 5, 2006, and defendant's are due by not later than November 5, 2006. All expert depositions must be completed before the close of discovery, by not later than December 5, 2006;

3. Dispositive motions are due by not later than January 7, 2007, with oppositions due by not later than January 17, 2007, and replies due by not later than January 24, 2007;

4. The Status Conference previously set for December 18, 2006 is hereby **TERMINATED** and **RESCHEDULED** for December 11, 2006 at 9:00 a.m.

/s/    John D. Bates
John D. Bates
United States District Judge

*Copies to*:

JOHN T. MITCHELL
9875 Hope Acres Road
White Plains, MD 20695
US
(301) 932-1422
        *Plaintiff pro se*

Karen L. Melnik

2

U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room E4112
Washington, DC 20530
(202) 307-0338
Email: karen.melnik@usdoj.gov
    *Counsel for defendant*

3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## GUIDELINES FOR COURT-APPOINTED MEDIATION COUNSEL
## IN FEE-PAID PRO SE CASES

Please observe these guidelines when serving as Court-appointed mediation counsel.

1.      The party whom you have been appointed to represent has filed an action *pro se*. <u>You have been appointed for the limited purpose of representing the pro se party during the process of mediation.</u>

2.      As appointed mediation counsel, you are under no duty to engage in discovery or motions practice. If, however, you find that the opposing party has not completed outstanding discovery to your client, and such discovery is necessary to proceed with mediation, you may advise the mediator of this fact and schedule the mediation session after the completion of such discovery.

3.      Note that the order referring this case to mediation has already been entered. You should promptly meet with your client to discuss her/his goals and interests. A court-appointed mediator will contact you and counsel for the opposing party to schedule the exact time and place of the mediation session(s).

4.      You should assist your client in deciding whether and on what terms to settle the case and assist the client in drafting and reviewing any necessary agreements and related court papers. The mediator will notify the Court's ADR staff of the outcome of mediation.

5.      In the event that the mediation is not successful in resolving the case, your appointment will expire unless, at your option and with the agreement of the <u>pro se</u> party, you decide to enter your appearance as counsel of record and proceed further.

6.      Local Civil Rule 83.11(b)(9) provides for attorneys fees under certain circumstances, if agreed upon by counsel and client. Any such agreement must be in writing. Any arrangement agreed to by the parties must be approved by the Court.