**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN T. MITCHELL,<br><br>      *Plaintiff*,<br><br>    v.<br><br>BRUCE R. JAMES, Public Printer, U.S. Gov't,<br><br>      *Defendants*. | Civil Action No. 06-791 (JDB) |

**NOTICE OF APPEARANCE**
**FOR THE LIMITED PURPOSE OF MEDIATION**

To the Clerk of this Court and all parties of record:

Please enter my appearance as *pro bono* counsel in this case for the Plaintiff John T. Mitchell.

This appearance is for the limited purpose of representing the litigant during the mediation process, and is subject to the "Guidelines for Court-Appointed Mediation Counsel," attached to the Court's Order of Appointment.

Dated: September 5, 2006

Respectfully submitted,

*/s/ Cedric C. Tan*

Cedric C. Tan (D.C. Bar # 464848)
KENYON & KENYON LLP
1500 K Street N.W., Suite 700
Washington, D.C. 20005
(202) 220-4200 (telephone)
(202) 220-4201 (facsimile)
*Attorneys for Plaintiff*
*John T. Mitchell*