UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN T. MITCHELL,
         *Plaintiff*,

v.

BRUCE R. JAMES, Public Printer, U.S. Gov't,

         *Defendants.*

Civil Action No. 06-791 (JDB)

## MOTION FOR ADMISSION *PRO HAC VICE* FOR DENISE MCNAIRN

      I, Cedric C. Tan, a member of the Bar of the District Court for the District of Columbia, hereby move, pursuant to LCvR 83.2(d), for the admission *pro hac vice* of Denise L. McNairn, Esq. of Kenyon & Kenyon LLP to represent Plaintiff John T. Mitchell in the above-captioned action for the limited purpose of mediation. I certify that I find the applicant to be a reputable and competent attorney, and that I am in a position to recommend her admission.

      The declaration of Denise L. McNairn, setting forth the information required by LCvR 83.2(d) accompanies this motion as an exhibit.

Dated: September 5, 2006

Respectfully submitted,

*/s/ Cedric C. Tan*

Cedric C. Tan (D.C. Bar # 464848)
KENYON & KENYON LLP
1500 K Street N.W., Suite 700
Washington, D.C. 20005
(202) 220-4200 (telephone)
(202) 220-4201 (facsimile)
*Attorneys for Plaintiff*
*John T. Mitchell*