UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN T. MITCHELL,<br><br>      *Plaintiff*,<br><br>v.<br><br>BRUCE R. JAMES, Public Printer, U.S. Gov't,<br><br>      *Defendants*. | Civil Action No. 06-791 (JDB) |

## DECLARATION OF DENISE L. MCNAIRN

I, Denise L. McNairn, hereby declare, pursuant to LCvR 83.2(d), that:

1. My full name is Denise Lynn McNairn.

2. I am an associate in the law firm Kenyon & Kenyon LLP, located at 1500 K Street N.W., Suite 700, Washington, D.C. 20005. My telephone number is (202) 220-4200.

3. I have been admitted to the bar of the State of Maryland.

4. I have not been disciplined by any bar or court.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

I affirm under the penalties for perjury that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

Dated: September 5, 2006

                                                                Denise L. McNairn