UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN T. MITCHELL,<br><br>      *Plaintiff*,<br><br>    v.<br><br>BRUCE R. JAMES, Public Printer, U.S. Gov't,<br><br><br>      *Defendants*. | Civil Action No. 06-791 (JDB) |

PROPOSED ORDER FOR ADMISSION
*PRO HAC VICE* OF DENISE L. MCNAIRN

Upon the motion of Cedric C. Tan, attorney for Plaintiff, John T. Mitchell, for an Order admitting Denise L. McNairn, Esq. *pro hac vice* in this action for the limited purpose of mediation and in consideration of the declaration attached thereto, it is hereby:

ORDERED that Denise L. McNairn, Esq. is admitted *pro hac vice* in this action for the limited purpose of mediation on behalf of Plaintiff, John T. Mitchell.

Dated: _____           _____
                                                           United States District Court Judge