UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN T. MITCHELL,<br>   *Plaintiff*,<br><br>  v.<br><br>BRUCE R. JAMES, Public Printer,<br>U.S. Gov't,<br>   *Defendants.* | Civil Action No. 06-791 (JDB) |

**JOINT MOTION FOR AN EXTENSION OF TIME
FOR THE PURPOSE OF MEDIATION**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff John T. Mitchell, with the consent of Defendant, by and through counsel, hereby move jointly for a forty-day extension of time to the mediation deadline, contained in this Court's Order of July 14, 2006. In support of this motion, the parties submit the following:

1. Completion of mediation is presently scheduled for October 20, 2006. The proposed extension of time would make completion of mediation due on November 29, 2006.

2. Good cause exists for the requested extension of time. In accordance with the Court's Order of July 14, 2006, mediation was to be completed 45 days after the entrance of appearance of counsel on behalf of the Plaintiff. However, after counsel for Plaintiff entered an appearance on September 5,

2006, and despite attempts for several weeks to contact the assigned mediator to schedule the mediation sessions, counsels for both parties were unable to reach the assigned mediator until late September.

3. Mediation is presently scheduled with the mediator to begin on November 4, 2006. Therefore, additional time is necessary for the parties to complete the mediation process.

4. In view of the foregoing delay in commencement of mediation, the parties also respectfully submit that the deadlines for expert reports be rescheduled for a reasonable time after the completion of mediation.[1]

WHEREFORE, the parties respectfully request that the Court grant this joint motion for extension of time for the purposes of mediation, and extend mediation up to and including November 29, 2006. The parties further request that the Court extend the expert report deadlines for after the completion of mediation.

Dated: October 13, 2006

Respectfully submitted,

/s/ Cedric C. Tan
Cedric C. Tan (D.C. Bar # 464848)
Denise L. McNairn
KENYON & KENYON LLP
1500 K Street N.W., Suite 700
Washington, D.C. 20005
(202) 220-4200 (telephone)
(202) 220-4201 (facsimile)
*Attorneys for Plaintiff*
*John T. Mitchell*

---

[1] Plaintiff's expert reports were due on October 5, 2006 and Defendant's expert reports are due on November 5, 2006.

2

3

        */s/ Karen L. Melnik*
        Karen L. Melnik (D.C. Bar # 436452)
        Assistant United States Attorney
        U.S. Attorney's Office for the District
        Civil Division
        555 Fourth Street, N.W. # 4112
        Washington, D.C. 20530
        (202) 307-0338 (telephone)
        (202) 514-8780 (facsimile)
        *Attorney for Defendant*
        *Bruce R. James*