UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN T. MITCHELL,<br><br>      *Plaintiff*,<br><br>  v.<br><br>BRUCE R. JAMES, Public Printer, U.S. Gov't,<br><br>      *Defendants.* | Civil Action No. 06-791 (JDB) |

**[PROPOSED] ORDER**

On consideration of the joint motion of the parties for an extension of time for the purpose of mediation, as set forth in the Court's Order of July 14, 2006, and the record, for the good cause shown; it is this __ day of October, 2006, hereby ORDERED that the schedule for mediation is hereby extended and shall be completed by November 29, 2006.  It is further

ORDERED that the deadlines for expert reports are rescheduled for a reasonable time after the completion of mediation on a date to be determined by the Court.

Dated:_____                                      _____
                                                                              United States District Court Judge