# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOHN T. MITCHELL,

   *Plaintiff,*

  v.

BRUCE R. JAMES, Public Printer,
U.S. Gov't,

   *Defendants.*

Civil Action No. 06-791 (JDB)

JOHN T. MITCHELL,

   *Plaintiff,*

  v.

BRUCE R. JAMES, Public Printer,
U.S. Gov't,

   *Defendants.*

Civil Action No. 06-1562 (RWR)

## STIPULATION AND ORDER FOR DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff

John. T. Mitchell hereby stipulates to dismissal of all claims asserted in the above-

captioned cases with prejudice, in view of the parties having settled their

differences as set forth in a separate Settlement Agreement. Each party shall bear

its own costs, fees, and attorneys' fees. Plaintiff consents to personal jurisdiction

in the District of Columbia for purposes of enforcing the Settlement Agreement.

The Court shall retain jurisdiction over any matters related to or arising from the

interpretation or enforcement of the Settlement Agreement.

                                          Respectfully Submitted,

Date: December 13, 2006                   _____
                                          Cedric C. Tan (D.C. Bar # 464848)
                                          Denise L. McNairn
                                          KENYON & KENYON LLP
                                          1500 K Street N.W., Suite 700
                                          Washington, D.C. 20005
                                          (202) 220-4200 (telephone)
                                          (202) 220-4201 (facsimile)
                                          *Attorneys for Plaintiff*
                                          *John T. Mitchell*


Approved by:


Dated:_____              _____
                                   United States District Court Judge